IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DONALD RICHARDS,

    Petitioner,    No. CIV-S-06-1367 FCD KJM P

    vs.

SACRAMENTO COUNTY PROBABTION DEPARTMENT,

    Respondent.    <u>ORDER</u>

    Respondent has requested an extension of time to file a response to petitioner's application for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's March 7, 2007 request for an extension of time is granted; and

    2. Respondent is granted thirty days from the date of this order in which to file a response to petitioner's application for writ of habeas corpus.

DATED: March 13, 2007.

_____
U.S. MAGISTRATE JUDGE

1
rich1367.111