IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DONALD RICHARDS,

    Petitioner,                  No. CIV S-06-1367 FCD KJM P

    vs.

SACRAMENTO COUNTY
PROBATION DEPARTMENT,

    Respondent.                  <u>ORDER</u>

/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 4, 2007 application for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before May 28, 2007.

DATED: May 11, 2007.

                              _____
                              U.S. MAGISTRATE JUDGE

/mp
rich1367.111(2)