UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
BRIAN DONALD RICHARDS,           *   No. 2:06-cv-01367-AK
                                 *
    Petitioner,                  *
                                 *
                                 *
v.                               *
                                 *
SACRAMENTO COUNTY                *   ORDER
PROBATION DEPARTMENT,            *
                                 *
    Respondent.                  *
                                 *
* * * * * * * * * * * * * * * * *
```

Petitioner requests a certificate of appealability "on the grounds that this court ignored the recent decision by the California Supreme Court . . . that sexual orientation was a suspect class." Request at 1 (citing In re Marriage Cases, 183 P.3d 384 (Cal. 2008)). A writ of habeas corpus will issue for a person in custody under state process only "on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States," 28 U.S.C. § 2254(a), and consideration of federal law is limited to "clearly established Federal law, as determined by the Supreme Court of the United States," id. § 2254(d)(1). Petitioner's arguments based on state court precedents therefore are not "debatable

page 2

among jurists of reason" or "adequate to deserve encouragement to proceed further." Lambright v. Stewart, 220 F.3d 1022, 1025 (9th Cir. 2000). Because Petitioner does not seek to appeal on any other basis, his request must be denied.

November 25, 2009

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation